TERMED

# U.S. District Court
# United States District Court for the Southern District of Iowa (Davenport)
# CIVIL DOCKET FOR CASE #: 3:08-cv-00083-CRW-TJS
# Internal Use Only

Rubio et al v. Davol Inc et al
Assigned to: Senior Judge Charles R. Wolle
Referred to: Magistrate Judge Thomas J. Shields
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/02/2008
Date Terminated: 08/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**John Rubio** represented by **Larry D Helvey**
2735 First Avenue SE
Suite 101
Cedar Rapids, IA 52402
319 362 0421
Fax: 319 362 3496
Email: lhelvey@helveylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelli Baker-Rubio** represented by **Larry D Helvey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a Delaware corporation*

**Defendant**

**C.R. Bard, Inc.**
*a New Jersey corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2008 | 3 | Letter from MDL transferring to the District of Rhode Island. (don) (Entered: 08/14/2008) |

| | | |
|---|---|---|
| 07/03/2008 | 2 | Letter from deputy clerk to MDL panel re:potention tag-along case (ljf, ) (Entered: 07/03/2008) |
| 07/02/2008 | 1 | COMPLAINT *and Jury Demand* against all defendants Filing fee paid in the amount of $ 350., filed by John Rubio. Notice of Dismissal for lack of Service deadline set for 11/3/2008. Rule 16 Notice of Dismissal set for 11/3/2008. (Attachments: # 1 Civil Cover Sheet)(Helvey, Larry) (Entered: 07/02/2008) |